**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **JACQUELINE LEE SPRINGER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cause No. 1:25-cv-00565-ALT** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ***sued as Frank J. Bisignano, Commissioner of the Social Security Administration*****,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**OPINION AND ORDER**

On May 15, 2026, this Court entered an Order remanding this appeal of Plaintiff Jacqueline Lee Springer's denial of Supplemental Security Income to the Social Security Administration for further proceedings. (ECF 20). On August 13, 2026, Plaintiff filed a motion for award of attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, together with supporting documentation, seeking $7,377.25 in attorney fees for 29.3 hours of attorney work. (ECF 23). On August 26, 2026, Defendant filed a response indicating that the Commissioner does not oppose Plaintiff's request. (ECF 24).

The EAJA provides:

> Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses … incurred by that party in any civil action… , including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

28 U.S.C. § 2412(d)(1)(A). Here, Plaintiff's request for an award of $7,377.25 for attorney fees is unopposed. (ECF 24).

Therefore, Plaintiff's unopposed motion for attorney fees pursuant to the of EAJA (ECF 23) is GRANTED. Plaintiff is awarded $7,377.25 in attorney fees in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the EAJA.

Any fees paid belong to Plaintiff Jacqueline Lee Springer and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney, **Annette Lee Rutkowski,** pursuant to the EAJA assignment duly signed by Plaintiff. (*See* ECF 23-6). If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record**: KBAR Legal Services LLP, 301 East Carmel Drive, Suite G003, Carmel, Indiana 46032.**

SO ORDERED.

Entered this 27th day of August 2026.

/s/ Andrew L. Teel
Andrew L. Teel
United States Magistrate Judge